■ LAWRENCE E. LARSON, as Executor of GEORGE M. HOWARD, Deceased, et al., Appellants, v WILLIAM E. MURRAY, Respondent.—Judgment, Supreme Court, New York County, entered on October 22, 1979, unanimously affirmed, on the opinion of M. Evans, J., at Trial Term, without costs and without disbursements. Concur—Birns, J. P., Silverman, Bloom and Carro, JJ.

■ LEONARD W. TRIMMER, Petitioner, v EDWARD J. GREENFIELD et al., Respondents.—Application for a writ of mandamus unanimously denied, the cross motion to dismiss the petition granted, and the petition dismissed as moot, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Sullivan, Silverman and Bloom, JJ.